UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:18-CR-213-T-17AAS

TARCILO RENTERIA CUERO.

_____/

ORDER

This cause is before the Court on:

Dkt. 82    Motion to Obtain a Copy of Criminal Case File Under Indigent Status

Defendant Tarcilo Renteria Cuero requests an order to the U.S. Attorney or Defendant Renteria Cuero's defense counsel to provide *pro se* Defendant Renteria Cuero with a complete copy of the file of the criminal case.

After entering into a Plea Agreement as to Count 1, Defendant Renteria Cuero was sentenced on September 28, 2018. The Plea Agreement (Dkt. 30) contains an appeal waiver, and a Notice of Statement of Intent Not to Appeal. (Dkt. 76) has been filed. There is no pending appeal of the final judgment at this time, nor are there any pending petitions for post-conviction relief.

In Count 1 of the Indictment, Defendant Renteria Cuero was charged with a Intent to distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of 46 U.S.C. Secs. 70503(a) and 70506(a) and (b), and 21 U.S.C. Sec. 960(b)(1)(B)(ii). Defendant Renteria Cuero states that Defendant intends to pursue a Section 2255 petition pursuant to ***U.S. v. Bellaizac-Hurtado***,, 700 F.3d 1245 (11th Cir. 2012).

Case No. 8:18-CR-213-T-017AAS

A **prior version** of 46 U.S.C. Sec. 70503 was held unconstitutional as applied in ***U.S. v. Bellaizac-Hurtado***, 700 F.3d 1245 (11th Cir. 2012). The effective date of the current 46 U.S.C. Sec. 70503 is 2016.

In his Motion, *pro se* Defendant Renteria Cuero requests an order for court records. The Court urges Defendant Renteria Cuero to examine the federal statutes under which Defendant Renteria Cuero was charged to determine whether the case Defendant cites will provide relief.

Where there is no appeal or post-conviction petition pending, it is premature for the Court to provide copies of records to Defendant Renteria Cuero without cost. Defendant Renteria Cuero has not included any allegations that might establish that Defendant Renteria Cuero is entitled to transcripts and court records without cost at this time . *See **Walker v. U.S.***, 424 F.2d278, 279 (5th Cir. 1979); ***United States v. Horvath***, 157 F.3d 131, 132 (2d Cir. 1998). Accordingly, it is

Defendant Renteria Cuero **may** request any records Defendant Renteria Cuero wants from his previous defense counsel. After consideration, the Court denies Defendant Renteria Cuero's request for an order requiring a complete copy of Defendant's criminal case to be provided to him without prejudice. Accordingly, it is

**ORDERED** that *pro se* Defendant Tarcilo Renteria Cuero's Motion to Obtain a Copy of Criminal Case File Under Indigent Status (Dkt. 82) is **denied without Prejudice**

Case No. 8:18-CR-213-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of October, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Tarcila Renteria Cuero
Reg. No. 70468-018
United AL-B
FEDERAL CORRECTIONAL INSTITUTION II
P.O. Box 5010
Oakdale, LA    71463

3